IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD BOMMERSBACH,**
as Special Administrator of the
Estate of JAMES BOMMERSBACH,
deceased,

**Plaintiff,**

v.

**BRIAN RUIZ, M.D. and WEXFORD
HEALTH SERVICES,**

**Defendants.**                                          No. 02-CV-1115-DRH

**ORDER**

**HERNDON, District Judge:**

This matter is before the Court for the purpose of docket control. Today, Chief Judge G. Patrick Murphy suspended attorney Barbara Clinite from practicing as an attorney in the Southern District of Illinois. ***See Johnson v. Cherry*, 02-1231-DRH; Doc. 89**. In particular, Chief Judge Murphy's Order states "Clinite may re-apply for admission when she can show that she has a valid personal or professional email address to send and receive court documents, that she has taken a training course on the CM/ECF system, and that she has the equipment, knowledge, and the ability to file documents electronically." ***Id.* at pg. 2**. In light of Clinite's suspension, the Court **ORDERS** Clinite to advise the Plaintiff, Mr. Richard Bommersbach, of her suspension and to provide him with a copy f this Order and

Chief Judge Murphy's Order. Further, the Court **ORDERS** Mr. Bommersbach to inform the Court if he will be proceeding pro se or obtaining new counsel in this matter until such time as Clinite is reinstated in the Southern District, should that occur.

**IT IS SO ORDERED.**

Signed this 13th day of June, 2006.

/s/      David   RHerndon<br>United States District Judge